Brad S. Daniels, OSB No. 025178
brad.daniels@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Adam C. Smedstad (SBN 303591) (*pro hac vice* forthcoming)
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON
   & FEARY, P.C.
3214 W. McGraw Street, Suite 301F
Seattle, WA 98199
Telephone:  206-288-6192
Fascimile:  206-299-9375

Attorneys for Defendant,
ATECH LOGISTICS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALEX WRIGHT, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees,<br><br>Plaintiff ,<br><br>v.<br><br>ATECH LOGISTICS, INC.,<br><br>Defendant . | Case No:<br><br>Multnomah County Circuit Court Case No.: 19CV56327<br><br>DEFENDANT ATECH LOGISTICS, INC.'S NOTICE OF REMOVAL |

TO:         THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO:     PLAINTIFF ALEX WRIGHT

PLEASE TAKE NOTICE that Defendant, Atech Logistics, Inc. ("Atech"), hereby removes this case from the Circuit Court of the State of Oregon for the County of Multnomah, to the U.S. District Court for the District of Oregon. In support of this removal, Atech states the following:

1.    Plaintiff, Alex Wright, filed his Complaint, captioned *Alex Wright, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees v. Atech Logistics, Inc.*, a California corporation, Case No. 19CV56327, in the Circuit Court of the State of Oregon for the County of Multnomah, on December 30, 2019 ("Complaint"). The Complaint alleges Atech (1) violated ORS 652.120 by failing to pay all wages due, (2) violated 652.610 by deducting fractions of a cent more than required, (3) violated 653.261 by failing to pay overtime, (4) violated 652.140 by failing to pay all wages due at termination, (5) violated 29 U.S.C. § 207 by failing to pay overtime, and (6) for a declaration that Atech committed these violations. Plaintiff served Atech with the Complaint on February 20, 2020. Copies of all the pleadings and papers filed in the Circuit Court of the State of Oregon for the County of Multnomah of which Atech is aware are attached as *Exhibit A*.

2.    This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1367. The Court has federal question jurisdiction over Plaintiff's FLSA claim, 29 U.S.C. § 201 *et. seq.*, *Complaint*, ¶¶ 27-29. This Court has supplemental jurisdiction over Plaintiff's Oregon wage claims, *Complaint,* ¶¶ 15-26, because the Oregon wage claims are so related to the FLSA claim that they form part of the same case or controversy. This Court has jurisdiction over Plaintiff's Oregon wage claims under 28 U.S.C. § 1332. Plaintiff alleges that he is a citizen of

Oregon. *Complaint* ¶3. Defendant is a California corporation with its principal place of business located in California. The amount in controversy is in excess of $75,000, exclusive of interest and costs, as Plaintiff alleges that he is seeking $500,000 in damages. This case is, accordingly, properly removed under 28 U.S.C. § 1441.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b). Atech removed this case within 30 days after being served with Plaintiff's summons and complaint.

4. Pursuant to 28 U.S.C. § 1446(d), Atech will give written notice of the removal to Plaintiff and to the Clerk of the Circuit Court of the State of Oregon for the County of Multnomah. Contemporaneously with its filing of this Notice of Removal, Atech shall send a Notice of Removal to Adverse Parties and State Court Clerk, a true and correct copy of which is attached as *Exhibit B*.

8. By filing this Notice of Removal, Atech does not waive any available defenses.

WHEREFORE, Atech Logistics, Inc. respectfully removes this case to this Court.

Date: March 20, 2020

Respectfully submitted,

STOEL RIVES LLP

*/s/ Brad S. Daniels*
BRAD S. DANIELS, OSB No. 025178
brad.daniels@stoel.com
Telephone: 503.224.3380

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

Adam C Smedstad (*pro hac vice* forthcoming)
asmedstad@scopelitis.com
Telephone: 206-288-6192

Attorneys for Defendant,
Atech Logistics, Inc.

12/30/2019 4:49 PM
19CV56327

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ALEX WRIGHT, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>ATECH LOGISTICS, INC., a California corporation,<br><br>Defendant. | Case No.<br><br>COMPLAINT<br><br>Tort General<br><br>Damages estimated at $500,000.00<br><br>Jury Trial Requested<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>Filing fee of $594 per ORS 21.160(1)(c) |

**INDIVIDUAL AND CLASS ACTION COMPLAINT**

1.

Alex Wright complains as follows against Atech Logistics, Inc., a California corporation (hereinafter "ATECH"), both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees.

2.

This is a wage-and-hour action under state and federal law for certain present and former employees of ATECH to recover unpaid wages, statutory damages, and penalty wages (and pre-judgment interest thereon), as well as liquidated damages, declaratory relief, and attorney fees, costs, and disbursements. All allegations herein

Page 1 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

are made to the best of plaintiff's and his counsel's good-faith knowledge, information, and belief, based upon the evidence adduced to date, and plaintiff reserves the right to amend the Complaint upon the discovery of additional facts.

**PARTIES**

3.

At all material times, plaintiff and the class members were Oregon employees of ATECH.

4.

Defendant ATECH is a California corporation doing business in Multnomah County, Oregon and elsewhere.

**FACTS**

5.

ATECH made unauthorized deductions from plaintiff's and the class members' pay, including by rounding certain purported tax deductions up instead of down as required by 26 CFR § 31.3102-1(d), resulting in all or part of the deduction being prohibited by law.

6.

ATECH failed to pay plaintiff and the class and collective members time and a half for work performed in excess of 40 hours per week.

7.

ATECH failed to pay plaintiff and the class members all earned and unpaid wages within the statutory deadline to do so upon termination of their employment (including as a result of the above violations).

Page 2 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

EXHIBIT A
Page 2 of 13

## CLASS ACTION ALLEGATIONS

8.

ATECH engaged in acts and practices that violated the class members' rights under Oregon law. This action is brought on behalf of all current and former ATECH Oregon employees.

### Numerosity

9.

The class is so numerous that joinder of all members is impractical, consisting of an estimated 50 persons.

### Commonality

10.

There are questions of law and fact common to the class, which predominate over any issues involving only individual class members. The principal questions are:

a. Whether ATECH's common policies and procedures regarding deductions violated one or more aspects of Oregon wage-and-hour law, and whether such violations were willful;

b. Whether ATECH's policy of failing to pay overtime violates Oregon law;

c. Whether ATECH's common policies and procedures resulted in paying its employees all earned and unpaid wages within the statutory deadline upon termination of their employment, and whether such violations were willful; and

d. What remedies are available for the above-listed violations.

///

Page 3 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

## Typicality

11.

Plaintiff's claims are typical of those of the other class members because:

a. Plaintiff is a member of the class.

b. Plaintiff's claims stem from the same practice or course of conduct that forms the basis for the class claims.

c. All of the class members' claims are based on the same facts and legal theories.

d. There is no antagonism between the interests of plaintiff and the class members, because their claims are for damages provided to each class member separately by statute.

## Adequacy of Representation by Plaintiff

12.

Plaintiff will fairly and adequately protect the interests of the class because:

a. There is no conflict between plaintiff's claims and those of the other class members.

b. Plaintiff has retained counsel experienced in handling class actions involving wage and hour law, who will vigorously prosecute this litigation. Plaintiff's counsel has already committed substantial time and resources towards this case and remains willing and able to devote whatever additional future time and resources are necessary to pursue this litigation to completion.

c. Plaintiff's claims are typical of the claims of the class members in that their

Page 4 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

claims stem from the same practice and course of conduct that forms the basis of the class claims.

### Compliance with ORCP 32 H

13.

Plaintiff has complied with the requirements of ORCP 32 H because his counsel mailed a prelitigation notice and demand to ATECH at least 30 days before the commencement of this action.

### Superiority of Class Action

14.

Class resolution of this case is superior to other available methods for its fair and efficient adjudication, for at least the following reasons:

a. The prosecution of separate actions by the class members could both result in inconsistent adjudications establishing incompatible pay practices and, as a practical matter, dispose of the legal claims of class members who are not parties to such separate adjudications or impede their ability to protect their interests.

b. Plaintiff is seeking declaratory relief in addition to damages.

c. The common questions of law and fact described above predominate over questions affecting only individual members, and the questions affecting individuals primarily involve only calculations of individual damages.

d. Individual class members would have little interest in controlling the litigation due to the relatively small size of most claims, the relatively unsettled nature of this area of the law, the complexity of the claims, the

Page 5 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

EXHIBIT A
Page 5 of 13

expense of the litigation, and because the named Plaintiff and his lawyer have already invested significant resources in the case and will continue to vigorously pursue the claims on behalf of the class members.

e. To plaintiff and his counsel's knowledge, no other similar litigation has been commenced, but if commenced, it could be coordinated under ORCP 32 K.

f. This is a desirable forum because ATECH does business in this county and many class members reside here.

### COLLECTIVE ALLEGATIONS

ATECH engaged in acts and practices that violated the collective members' rights under the FLSA. In addition to bringing this action individually on behalf of himself, therefore, plaintiff also brings this action on behalf of all current and former employees who are similarly situated. Plaintiff alleges that he and the other collective members received less than the overtime wages due them under § 7 of the FLSA (29 U.S.C. § 207). Plaintiff and the other collective members are similarly situated in all relevant respects.

### FIRST CAUSE OF ACTION

Oregon Unpaid Wages (non-federal-tax-based claims only)

15.

All previous paragraphs are incorporated by reference herein.

16.

Pursuant to ORS 652.120, ATECH was required to pay plaintiff and the class members all wages due, when those wages were due, but willfully failed to do so.

Page 6 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

17.

Plaintiff and the class members are entitled to collect the wages due in an amount to be proven at trial, together with attorney fees, costs, and disbursements per ORS 652.200, as well as pre-judgment interest.

## SECOND CAUSE OF ACTION

Oregon Wrongful Deductions

18.

All previous paragraphs are incorporated by reference herein.

19.

Pursuant to ORS 652.610, ATECH was prohibited from deducting certain amounts from the paychecks of plaintiff and the class members but willfully did so.

20.

Plaintiff and the class members are entitled to the greater of $200 or actual damages in an amount to be proven at trial, pursuant to ORS 652.615, together with attorney fees, costs, and disbursements, as well as pre-judgment interest.

## THIRD CAUSE OF ACTION

Oregon Overtime

21.

All previous paragraphs are incorporated by reference herein.

22.

Pursuant to ORS 653.261 and its implementing administrative rules, ATECH was required to pay plaintiff and the class members one and one half times their regular rate of pay for all hours worked in excess of 40 in a given workweek, when those

Page 7 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

1 | wages were due, but willfully failed to do so.

2 | 23.

3 | Plaintiff and the class members are entitled to collect the difference between the wages received when due and the overtime wages due in an amount to be proven at trial, together with attorney fees, costs, and disbursements, as well as pre-judgment interest and 30 days of statutory penalty wages, provided by ORS 653.055 and 652.150.

### FOURTH CAUSE OF ACTION

Oregon Unpaid Wages Upon Termination

24.

All previous paragraphs are incorporated by reference herein.

25.

Pursuant to ORS 652.140, ATECH was required to pay plaintiff and the class members all wages due by the statutory deadline upon termination of their employment but willfully failed to do so.

26.

Plaintiff and the class members are entitled to collect all wages remaining due, in an amount to be proven at trial, together with attorney fees, costs and disbursements, as well as pre-judgment interest, and 30 days of statutory penalty wages, provided by ORS 652.150 and ORS 652.200.

///
///
///

Page 8 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

## FIFTH CAUSE OF ACTION

### FLSA Overtime

27.

All previous paragraphs are incorporated by reference herein.

28.

Pursuant to 29 USC § 207, ATECH was required to pay plaintiff and the collective members at least time and a half for all hours worked in excess of 40 in a given workweek when those wages were due, but willfully failed to do so.

29.

Pursuant to 29 USC § 216(b), plaintiff and the collective members are therefore entitled to any unpaid federal overtime, plus liquidated damages, and attorney fees, costs, and disbursements.

## SIXTH CAUSE OF ACTION

### Declaratory Judgment

30.

All previous paragraphs are incorporated by reference herein.

31.

Plaintiff and the class members are entitled to a declaratory judgment declaring ATECH's violations as outlined above.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which it is available.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests that the Court award him and the other class and

Page 9 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

EXHIBIT A
Page 9 of 13

collective members such actual, statutory, penalty, liquidated, and other damages as they may be entitled to, as set forth by category above and in amounts to be proven at trial; award the attorney fees, costs, and disbursements of plaintiff and the other class members; award pre-judgment interest on all amounts due to plaintiff and the other class members as a result of their state claims; declare ATECH's violations as enumerated herein; and order such further or alternative legal and equitable relief as the Court deems appropriate.

DATED this 30th day of December, 2019

JON M. EGAN, P.C.

*s/ Jon M. Egan*

Jon M. Egan, OSB #002467
Attorney for Plaintiff

*s/ Alex Wright 12/30/2019*

Page 10 – COMPLAINT

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

EXHIBIT A
Page 10 of 13

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ALEX WRIGHT, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>ATECH LOGISTICS, INC., a California corporation,<br><br>Defendant. | Case No. 19CV56327<br><br>SUMMONS |

NOTICE TO DEFENDANT:
READ THESE PAPERS
CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

DATED this 18th day of February, 2020

JON M. EGAN, P.C.

_____
Jon M. Egan, OSB #002467
Attorney for Plaintiff

Page 1 – SUMMONS

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

EXHIBIT A
Page 11 of 13

2/24/2020 8:59 AM
19CV56327

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

| | |
|---|---|
| **Alex Wright, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees**<br>Plaintiff/Petitioner<br>vs.<br>**Atech Logistics, Inc., a California corporation**<br>Defendant/Respondent | Cause No.:  **19CV56327**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>Summons; Letter dated February 18, 2020 directed to Atech Logistics, Inc.; Complaint; Plaintiff's First Request for Production |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of Oregon, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **20th day of February, 2020** at **4:07 PM** at the address of **5708 SE 136th Ave, #2, Portland, Multnomah, OR 97236**; this declarant served the above described documents upon **Atech Logistics, Inc. c/o Corporate Creations Oregon LLC, Registered Agent**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jamie Bui , RECEIVER, CLERK ON DUTY WHO IS AUTHORIZED TO ACCEPT SERVICE IN THE OFFICE OF THE REGISTERED AGENT, who accepted service, with identity confirmed by subject stating their name, a brown-haired Asian female approx. 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date:  02/21/2020

*/s/ Scott Averill*

**Scott Averill**
1050 SW 6th Ave #1100, Portland, OR 97204    503-727-3100

ORIGINAL DECLARATION OF SERVICE

Tracking #: **0050467427** PDX FIL



REF:  **19CV56327 / Atech**

EXHIBIT A
Page 12 of 13

2/24/2020 8:59 AM
19CV56327

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

| | |
|---|---|
| Alex Wright, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>Atech Logistics, Inc., a California corporation<br>Defendant/Respondent | Cause No.: **19CV56327**<br><br>DECLARATION OF MAILING OF<br>Summons; Letter dated February 18, 2020 directed to Atech Logistics, Inc.; Complaint; Plaintiff's First Request for Production |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1050 SW 6th Ave #1100, Portland, OR 97204.

That on **February 21, 2020**, after substituted service was made on **February 20, 2020** to **Jamie Bui**, a **RECEIVER, CLERK ON DUTY WHO IS AUTHORIZED TO ACCEPT SERVICE IN THE OFFICE OF THE REGISTERED AGENT, who accepted service, with identity confirmed by subject stating their name, a brown-haired Asian female approx. 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs**, I completed service by depositing a true copy of the **Summons;Letter dated February 18, 2020 directed to Atech Logistics, Inc.;Complaint;Plaintiff's First Request for Production**, marked with confirmation of date, time, and place of substituted service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

ATECH LOGISTICS, INC.
c/o Corporate Creations Oregon LLC, Registered Agent
5708 SE 136th Ave #2
Portland, OR 97236

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on February 21, 2020 at Portland, OR.

_____
Declarant Laurice Averill, 1050 SW 6th Ave #1100, Portland, OR 97204. 503-727-3100.

Tracking #: 0050467425 PDX

EXHIBIT A
Page 13 of 13

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ALEX WRIGHT, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees,<br><br>  Plaintiff,<br><br>  v.<br><br>ATECH LOGISTICS, INC.,<br><br>  Defendant. | Case No. 19CV56327<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD AND TO THE CLERK OF COURT, MULTNOMAH COUNTY CIRCUIT COURT:

PLEASE TAKE NOTICE that on March 20, 2020, Defendant Atech Logistics, Inc. ("Defendant") caused to be filed its Notice of Removal in the Office of the Clerk for the United States District Court for the District of Oregon, Portland Division. A copy of the Notice of Removal (without exhibits) is attached as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that Defendant, upon the filing of the Notice of Removal, filed a copy of the Notice of Removal with the Clerk of the Circuit Court of the

/ / /

/ / /

/ / /

/ / /

Page 1  -  NOTICE OF FILING OF NOTICE OF REMOVAL

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205-2584
Main (503) 224-3380    Fax (503) 220-2480

105738344.1 0072133-00001

State of Oregon for the County of Multnomah, effecting removal to the United States District Court for the District of Oregon, Portland Division, in accordance with 28 U.S.C. §§ 1441 and 1446.

DATED: March 20, 2020

STOEL RIVES LLP

*/s/ Brad S. Daniels*
Brad S. Daniels, OSB No. 025178
brad.daniels@stoel.com

Attorney for Defendant

Page 2 - NOTICE OF FILING OF NOTICE OF REMOVAL

105738344.1 0072133-00001

EXHIBIT B
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020, I served a true and correct copy of the foregoing document on the persons or parties listed on the attached SERVICE LIST in the manner indicated below:

- ☒ mailing with postage prepaid
- ☐ facsimile transmission
- ☒ hand delivery
- ☐ overnight delivery
- ☐ eService via Odyssey File & Serve
- ☒ email - courtesy only

If service is by mail, the document was contained in a sealed envelope, addressed to said persons or parties at their last-known address(es) indicated below.

DATED: March 20, 2020.

Jon M Egan
Jon M. Egan, PC
547 Fifth Street
Lake Oswego, OR  97034-3009
Telephone:  503-697-3427
Email:  jegan@eganlegalteam.com

STOEL RIVES LLP

*/s/ Brad S. Daniels*
Brad S. Daniels, OSB No. 025178
brad.daniels@stoel.com
Telephone: (503) 224-3380

Attorney for Defendant

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
Main 503.224.3380   Fax 503.220.2480

Page 1  -  CERTIFICATE OF SERVICE