IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALEX WRIGHT, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>ATECH LOGISTICS, INC.,<br><br>Defendant. | Case No. 3:20-cv-00469-SB<br><br>**JUDGMENT** |

Based on the record and the parties' Joint Motion for Approval of Settlement Agreement and Entry of Judgment of Dismissal with Prejudice (ECF No. 25) (the "Joint Motion"), IT IS HEREBY ORDERED AND ADJUDGED:

(1) The Court DISMISSES without prejudice all class and collective claims alleged in the complaint;

PAGE 1 – JUDGMENT

(2)  The Court APPROVES the settlement agreement attached to the Joint Motion as fair, reasonable, and adequate; and

(3)  The Court ENTERS the parties' stipulated judgment of dismissal of the plaintiff's individual claims with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2020.

*Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 2 – JUDGMENT